MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jeff.Nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00012-EJD |
|        Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING |
|   v. ) | |
| KENNETH PEREIRA, ) | |
|        Defendant. ) | |

     The United States, through its counsel Jeffrey Nedrow, and defendant Kenneth Pereira, through his counsel Michael Hingle, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Monday, December 5, 2011 at 1:30 p.m. to Monday, January 30, 2012 at 1:30 p.m. before this Court. This continuance is requested for the following reasons:

     1) Both counsel are requesting additional time to prepare for sentencing in this case. The government requests additional time to evaluate information developed subsequent to the indictment in this case and to finalize its sentencing recommendation, and the defense requests

additional time to respond to the government's recommendation.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from December 5, 2011 at 1:30 p.m to January 30, 2012 at 1:30 p.m.. The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

November 30, 2011        /s/
              JEFFREY D. NEDROW
              Assistant U.S. Attorney

November 30, 2011        /s/
              MICHAEL HINGLE
              Attorney for Kenneth Pereira

**ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that the date of the sentencing hearing in this case is continued from December 5, 2011 to January 30, 2012 at 1:30 p.m. before this Court.

Dated this __1st__ day of December, 2011.

              _____
              EDWARD J. DAVILA
              United States District Judge