IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00012 EJD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID ZAMORA, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing for defendant David Zamora, currently scheduled for Monday, July 2, 2012, shall be continued to Monday, August 6, 2012, at 1:30 p.m.

Dated: June 21, 2012

_____
THE HON. EDWARD J. DAVILA
United States District Judge