Daniel L. Barton, SBN 135806
NOLAN, ARMSTRONG & BARTON, LLP
600 University Avenue
Palo Alto, California 94301
650/326-2980 – Telephone
650/326-9704 – Facsimile
dbarton@nablaw.com

Attorney for Defendant Seung Ki Hong

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEUNG KI HONG,<br><br>Defendant. | Case No.: CR 10-00012 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT SEUNG KI HONG**<br><br>Before the Honorable Judge Edward J. Davila |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Jeffrey Nedrow, and defendant Seung Ki Hong through undersigned counsel, Daniel L. Barton, that the sentencing date for Mr. Hong, presently set for September 24, 2012, be continued to Monday, October 15, 2012, at 1:30 p.m.

The request for a continuance is due to the unavailability of defense counsel on September 24, 2012, as defense counsel will be out of the country and unavailable.

United States Probation Officer Benjamin Flores has been advised of this request and has indicated that he does not object to the continuance.

\\

\\

IT IS SO STIPULATED:

Dated: August 2, 2012                                 NOLAN, ARMSTRONG & BARTON LLP

                                                      /s/
                                                      _____
                                                      DANIEL L. BARTON
                                                      Attorney for Defendant Seung Ki Hong

Dated: August 2, 2012                                 /s/
                                                      _____
                                                      JEFFREY NEDROW
                                                      Assistant United States Attorney

## **ATTESTATION PER GENERAL ORDER 45**

I, Daniel L. Barton, am the ECF User whose ID and password being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Assistant U.S. Attorney Jeffrey Nedrow has concurred with this filing.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>SEUNG KI HONG,<br><br>    Defendant. | Case No.: CR 10-00012 EJD<br><br>[PROPOSED] ORDER TO CONTINUE SENTENCING DATE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT SEUNG KI HONG |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing hearing in this matter now scheduled for Monday, September 24, 2012, is hereby rescheduled for Monday, October 15, 2012 at 1:30 p.m.

Dated: August __3__, 2012

                 _____
                 HON. EDWARD J. DAVILA
                 United States District Court Judge