MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    Facsimile: (408) 535-5066
    Email:    Jeff.Nedrow@usdoj.gov

Attorneys for Plaintiff



IT IS SO ORDERED
AS MODIFIED

Judge Edward J. Davila

11/2/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00012-EJD |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| KENNETH PEREIRA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      The United States, through its counsel Jeffrey Nedrow, and defendant Kenneth Pereira,

through his counsel Michael Hingle, hereby agree and stipulate to continue the sentencing

hearing in this case presently scheduled for Monday, November 5, 2012 at 1:30 p.m. to Monday,

December 10, 2012 at 1:30 before this Court.   This continuance is requested for the following

reasons:

      1) Both counsel are requesting additional time to prepare for sentencing in this case.  The

government requests additional time to evaluate information developed subsequent to the

indictment in this case and to finalize its sentencing recommendation, and the defense requests

additional time to respond to the government's recommendation.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from November 5, 2012 at 1:30 p.m to December 10, 2012.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

October 31, 2012                    _____/s/_____

JEFFREY D. NEDROW
Assistant U.S. Attorney

October 31, 2012                    _____/s/_____

MICHAEL HINGLE
Attorney for Kenneth Pereira

## ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that the date of the sentencing hearing in this case is continued from November 5, 2012 to JANUARY 14 2013 at 1:30 p.m. before this Court.

Dated this ____2nd__ day of ____November_____, 2012.

_____

EDWARD J. DAVILA
United States District Judge