# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEUNG KI HONG,<br><br>　　　　　Defendant. | Case No.: CR 10-00012 EJD<br><br>[PROPOSED] ORDER TO CONTINUE SENTENCING DATE FOR DEFENDANT SEUNG KI HONG |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing hearing in this matter now scheduled for Monday, December 3, 2012, is hereby rescheduled for Monday, January 14, 2013 at 1:30 p.m.

Dated: November 21, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Court Judge