MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON HAGBERG, ) <br> ) <br> Defendant. ) <br> _____ ) | CR 10-00012-EJD <br><br> STIPULATION TO CONTINUE SENTENCING HEARING |

      The United States, through its counsel Jeff Nedrow, and defendant Jason Hagberg, through his counsel Jules Bonjour, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Tuesday, January 29, 2013 at 1:30 p.m. to Monday, March 18, 2013 at 1:30 p.m. before this Court. This continuance is requested for the following reasons:

      1) The parties are requesting additional time to prepare for sentencing in this case. The government requests additional time to finalize its sentencing recommendation, and the defense requests additional time to respond to the government's recommendation.

      For these reasons, the parties respectfully request that the Court continue the sentencing

hearing in this case from January 29, 2013 to March 18, 2013 at 1:30 p.m.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

                                              Respectfully submitted,

                                              MELINDA HAAG
                                              UNITED STATES ATTORNEY

January 25, 2013                            _____/s/_____
                                              JEFFREY D. NEDROW
                                              Assistant U.S. Attorney

January 25, 2013                            _____/s/_____
                                              JULES BONJOUR
                                              Attorney for Jason Hagberg

### **ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from January 29, 2013 to March 18, 2013 at 1:30 p.m. before this Court.

Dated this  25th  day of January, 2013.

                                              _____
                                              EDWARD J. DAVILA
                                              United States District Judge