Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
Tel: (510) 785-8400
Fax: (510) 670-0955
jules@btbandb.com

Attorneys for defendant
Jason Hagberg

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Edward J. Davila
3/13/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>JASON HAGBERG,<br>  Defendant.<br>_____/ | No. CR 10-0012-1 EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

The defendant, Jason Hagberg, and the United States, through its counsel, Jeff Nedrow, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for March 18, 2013 at 1:30 p.m. to April 1, 2013 at 1:30 p.m. The reason for the continuance is that the defense would like additional time to prepare a sentencing memorandum after receiving and reviewing the government's sentencing memorandum.

It is so stipulated.

Dated: March 11, 2013

_____/s/_____                                    _____/s/_____
   Jules F. Bonjour                                          Jeffrey D. Nedrow, AUSA

Stip/[Prop] Order Cont; CR 10-0012-1 EJD            1

[~~PROPOSED~~] ORDER

Based on the stipulation of the parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the defendant's sentencing hearing be continued from March 18, 2013 at 1:30 p.m. to April 1, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 3/13/2013

_____
HONORABLE EDWARD J. DAVILA
United States District Judge