Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400
jules@btbandb.com

Attorneys for defendant
Jason Hagberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON HAGBERG,<br><br>    Defendant.<br>_____/ | No. CR 10-0012-1 EJD<br><br>STIPULATION AND [PROPOSED] ORDER RE JASON HAGBERG'S REQUEST TO TRAVEL |

    It is hereby stipulated between the government and the defendant that Mr. Hagberg can travel to San Diego, California from May 24, 2013 through May 28, 2013 to attend his brother's graduation at University of San Diego.

    Ms. Kim Do, Mr. Hagberg's pretrial release supervisor, has no objection.

IT IS SO STIPULATED.


Dated: April 26, 2013
                                                 /s/
                                        Jules F. Bonjour

Dated: April 26, 2013
                                               /s/
                                        Jeff Nedrow

1 | GOOD CAUSE appearing and based upon the parties stipulation,

2 | IT IS HEREBY ORDERED that the defendant's request to travel to San Diego between
3 | May 24, 2013 through May 28, 2013 to attend his brother's graduation at the University of San
4 | Diego is granted.

IT IS SO ORDERED.

Dated: 4/30/2013

_____
HONORABLE EDWARD J. DAVILA
United States District Judge